UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re: JEROME TALLEY,

                  Respondent.

CASE NO. MC15-0164MJP

ORDER

Respondent is the subject of a Bar Order which directs (among other things):

> Respondent Jerome Talley is prohibited from filing any civil action in the Western District of Washington unless the complaint or petition is accompanied by a signed affidavit stating under penalty of perjury that the complaint contains new allegations not previously litigated. Mr. Talley may not proceed *in forma pauperis* in any § 1983 or *Bivens* action without a showing that he is in imminent danger of serious bodily injury or death. Any complaint or petition filed by Mr. Talley that is not accompanied by a signed affidavit and/or an imminent danger showing will not be filed.

Dkt. #3 at 2. The Order further directs that:

> Any habeas petition that is accompanied by the full filing fee or a completed application to proceed *in forma pauperis* will be docketed in this case, No. 3:15-mc-164 MJP, and reviewed by the Chief Judge, under the requirements of 28 U.S.C. § 1915(g), who will determine whether the case may proceed.

*Id.*

On June 8, 2017, Respondent caused to be filed in this District a proposed "Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody." Dkt. #14. It appears that Mr. Talley is seeking to be transferred from the custody of the Department of Corrections in

ORDER - 1

the State of Washington to the State of Nevada in order to address a case or cases that he has pending in that jurisdiction. Dkt. #14. The proposed Petition is accompanied by a proposed application to proceed *in forma pauperis* ("IFP"). *See* Dkt. #14-1.

As required by the Bar Order, Respondent's filing was sent to the Undersigned for review. *See* Dkt. #3 at 2. The filing is not accompanied by a Declaration under perjury that the Petition contains new allegations never before litigated; however, the Court is satisfied from a review of the filing that the Petition contains previously-unlitigated allegations. However, the Court notes that Respondent fails to show that he is in imminent danger of serious bodily injury or death. Section 1915(g) specifically states:

> **In no event** shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, **unless the prisoner is under imminent danger of serious physical injury**.

28 U.S.C. § 1915(g) (emphasis added). Because Respondent has failed to make such a showing, and because he is subject to more than three strikes in this District, this proposed Petition is barred and SHALL NOT BE FILED with the Court.

The Clerk SHALL provide a copy of this order to Respondent.

DATED this 14 day of June, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE