UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

JEROME TALLEY,

              Respondent.

CASE NO. 15-MC-164-RSM

ORDER RE: FILING OF "CIVIL RIGHTS ACTION COMPLAINT AGAINST STATE ACTORS UNDER 42 U.S.C. SEC. 1983" DATED JULY 5, 2017

The Court is in receipt of a pleading filed by Respondent entitled "Civil Rights Action Complaint Against State Actors Under 42 U.S.C. Sec. 1983 for Deprivation of Rights Secured by Constitution, and Laws of the United States." Dkt. #21. The filing is accompanied by an "Application for In Forma Pauperis" in which Respondent pleads indigency and asks for a waiver of the filing fee. Dkt. #21-2.

Respondent is currently under a Bar Order entered on November 25, 2015. Dkt. #3. Among the conditions which must be met in order for any civil action filed by Respondent to proceed are the following:

    (1) Respondent Jerome Talley is prohibited from filing any civil action in the Western District of Washington unless the complaint or petition is accompanied by a signed affidavit stating under penalty of perjury that the complaint contains new allegations not previously litigated. Mr. Talley may not proceed *in forma pauperis* in any § 1983 or *Bivens* action without a showing that he is in imminent danger of serious bodily injury or death. Any complaint or petition filed by Mr. Talley that is not

ORDER - 1

1         accompanied by a signed affidavit and/or an imminent danger showing will not be filed.

Dkt. #3 at 2.

    Respondent's latest filing fails to meet both of these conditions. It is unaccompanied by a signed affidavit stating under penalty of perjury that the complaint alleges matters not previously litigated. Further, while his pleadings (including an additional declaration[1]) contain several averments that he believes himself to be "in imminent danger of serious physical bodily injury" (*e.g.*, dkt. #21 at 3), he once again completely fails to make a <u>showing</u> that he is in imminent danger of serious bodily injury or death as required by the Bar Order. His Complaint pertains to his belief that he is being held in "community custody" beyond his maximum sentence; no facts are alleged in his Complaint or Declaration that suggest he is in any way endangered physically by the conditions of his confinement.

    According to the terms of his Bar Order, Respondent is therefore neither entitled to proceed forward with his Complaint, nor is her permitted to proceed *in forma pauperis*. His IFP application is DENIED and his Complaint will not be filed or further addressed as a new civil action.

    The Clerk SHALL provide a copy of this Order to Respondent.

    DATED this 14th day of July, 2017.

                                      RICARDO S. MARTINEZ
                                      CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Additionally, Respondent sent to the Court by separate post another Declaration of Jerome Talley dated July 6, 2017, in which he repeats his belief that he is being held in custody illegally, and asserts that he is "in imminent danger of serious bodily injury or death." Dkt. #22. However, the Court also finds this Declaration to be without any factual support.

ORDER - 2