UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re: JEROME TALLEY,

Respondent.

Case No. MC15-164 RSM

ORDER REGARDING PENDING MOTIONS AND PETITION

THIS MATTER comes before the Court on Respondent's Motion to Dismiss (Dkt. #75); Motion for Immediate Release (Dkt. #76); Motion to Relate Back to 2015 Habeas Case (Dkt. #77); and a Proposed Petition for Writ of Habeas Corpus under 28 USC Section 2241 (Dkt. #78). Each of the three motions raises arguments previously raised and rejected by the Court, and in any event are not supported by the case law cited by Respondent. With respect to the proposed Habeas Petition, Plaintiff violates his bar order by failing to submit a Declaration stating that the issues raised in the Petition have not been previously litigation. *See* Dkt. #3 at ¶ ¶ 1 and 2. Indeed, Plaintiff explicitly states that he previously raised the issues in a prior matter. Dkt. #78. Accordingly, Respondent's proposed motions and habeas petition (Dkts. #75, #76, #77 and #78) will not be allowed to proceed. The Clerk SHALL provide copies of this Order to Petitioner.

DATED this 24th day of August 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 1